UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH ANTWAN ARTIS,

        Plaintiff,

v.

CHERRY HEALTH SERVICES, and
KRISTIN KUIPER, R.N., N.P.,

        Defendants.

_____/

Case No. 1:26-cv-01307

Hon.

## **NOTICE OF SUBSTITUTION**

In accordance with 42 U.S.C. § 233(g) certification was made April 22, 2026, by Timothy VerHey, United States Attorney for the Western District of Michigan, a duly authorized delegate of the Attorney General of the United States of America, that Defendant Cherry Health Center (Cherry Health), and Kristin Kuiper, NP as its employee, were "deemed" eligible for coverage under the "Federally Supported Health Centers Assistance Act of 1992" ("the Act"), (Public Law 102-501), for the dates relevant to the Complaint.

The exclusive remedy in this action against Defendants Cherry Health and Kristin Kuiper, RN, is against the United States, as provided by 42 U.S.C. § 233(g)(1)(A):

> The remedy against the United States for an entity described in paragraph 4 and any. . . employee . . . of such an entity who is deemed to be an employee of the Public Health Service pursuant to this paragraph shall be exclusive of any other civil action or proceeding to the same extent as the remedy against the United States is exclusive pursuant to subsection (a) of this section.

42 U.S.C. § 233(g)(1)(A).  Paragraph 4 of this section of the Act provides that "[a]n entity described in this paragraph is a public or non-profit private entity receiving Federal funds under section 254b of this title."  42 U.S.C. § 233(g)(4).  The Act further provides that upon such certification, the action shall be "deemed a tort action brought against the United States under the provisions of Title 28 and all references thereto."  42 U.S.C. § 233(c).

Therefore, pursuant to the provisions of 42 U.S.C. 233, the United States of America has been substituted as the defendant in the above-entitled action in the place of Defendants Cherry Health and Kristin Kuiper, RN, and the action is discontinued against Defendants Cherry Health and Kristin Kuiper, RN.

The Court is respectfully referred to the Certification of Scope of Employment filed together with this notice.  A proposed order amending the caption of this case to reflect the substitution of the United States of America for Defendants Cherry Health and Kristin Kuiper, NP is attached.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Dated:        April 23, 2026

/s/ *James W. Lamb*
James W. Lamb (P84657)
Assistant United States Attorney
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404
james.lamb2@usdoj.gov
Attorneys for Defendants